## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LOANDEPOT, INC. DERIVIATIVE LITIGATION | Lead Case No. 22-cv-320-CFC |

## STIPULATION AND [PROPOSED] ORDER
## STAYING ACTION

Plaintiffs Tuyet Vu and Jocelyn Porter (together, "Plaintiffs"); Defendants Anthony Hsieh, Patrick Flanagan, Nicole Carrillo, Andrew C. Dodson, John C. Dorman, Brian P. Golson, and Dawn Lepore (collectively, the "Individual Defendants"); and Nominal Defendant loanDepot, Inc. ("loanDepot," and together with the Individual Defendants, "Defendants") jointly submit this Stipulation to Stay Action ("Stipulation"), and in support thereof state as follows:

WHEREAS, on March 11, 2022 and March 25, 2022 Plaintiffs Tuyet Vu and Jocelyn Porter, respectively, filed verified derivative complaints in this Court;

WHEREAS, on April 5, 2022, the Court consolidated the derivative complaints for all purposes into the above-captioned stockholder derivative action (the "Stockholder Derivative Action");

WHEREAS, on April 13, 2023, the Court granted the parties' stipulated stay of the Stockholder Derivative Action pending the resolution of a summary judgment motion in the related class action pending in the United States District Court for the

Central District of California, captioned *Lako v. loanDepot, Inc., et al.*, Case No. 8:21-cv-01449;

WHEREAS, on October 7, 2024, after mediation, the parties reached a resolution in principle to settle this action, as well as the substantially similar derivative actions pending in the United States District Court for the Central District of California and the Delaware Court of Chancery (together with the Stockholder Derivative Action, the "Actions"), *see In re loanDepot, Inc. S'holder Deriv. Litig.*, Master File No. 2:21-cv-08173-JLS-JDE (C.D. Cal.); *In re loanDepot, Inc. Deriv. Litig.*, C.A. No. 2023-0613 (Del. Ch.);

WHEREAS, the parties to the Actions are in the process of memorializing this resolution in a comprehensive written settlement agreement (the "Agreement");

WHEREAS, following the execution of the Agreement, the parties intend to file a motion for approval in the United States District Court for the Central District of California where the first of the Actions was filed and the underlying securities class action was pending and resolved; and

WHEREAS, the parties intend for the Agreement to cover all of the Actions;

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that:

1.      This Stockholder Derivative Action shall remain stayed;

2.    Absent a request by the parties to lift the stay for good cause, the stay shall remain in effect until the approval of the Agreement; and

3.    The Court will retain jurisdiction of the Stockholder Derivative Action pending Plaintiffs' dismissal thereof.

**FARNAN LLP**

*Of Counsel:*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, New York 10016
(212) 686-1060
pkim@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, New York 10017
(516) 922-5427
tbrown@thebrownlawfirm.net

BY:    */s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

ROSS ARONSTAM & MORITZ LLP

*Of Counsel:*

BY:    */s/ R. Garrett Rice*
      Bradley R. Aronstam (Bar No. 5129)
      R. Garrett Rice (Bar No. 6242)

Craig Varnen
Alexander K. Mircheff
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000
cvarnen@gibsondunn.com
amircheff@gibsondunn.com

      Hercules Building
      1313 North Market Street, Suite 1001
      Wilmington, Delaware 19801
      (302) 576-1600
      baronstam@ramllp.com
      grice@ramllp.com

      *Attorneys for Defendants*

Michael Kahn
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
(415) 393-8200
mjkahn@gibsondunn.com

Dated:  October 17, 2024

**IT IS SO ORDERED** this <u>24th</u> day of <u>October</u>, 2024.

/s/ Colm F. Connolly
_____
The Honorable Colm F. Connolly